# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 2:11-CR-47-1BO

| | |
|---|---|
| **United States Of America** ) | **ORDER MODIFYING AND** |
| ) | **CONTINUING SUPERVISION** |
| vs. ) | |
| ) | |
| **Victor Vandell Dunbar** ) | |
| ) | |

On July 26, 2012, Victor Vandell Dunbar appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and to Possess with Intent to Distribute More Than 28 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846 was sentenced to the custody of the Bureau of Prisons for a term of 60 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Victor Vandell Dunbar was released from custody and the term of supervised release commenced on May 2, 2016.

From evidence presented at the revocation hearing on February 7, 2018, the court finds as a fact that Victor Vandell Dunbar, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
2. Leaving the judicial district without the permission of the court or probation officer.
3. Failure to report to the probation officer as directed by the court or probation officer.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision with the following modifications:

1. The U.S. Probation Office may submit a Motion for Early Termination after May 2, 2018, if the defendant remains in full compliance.

2. The special condition requiring the defendant to participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency is stricken.

This the 7th day of February, 2018.

Terrence W. Boyle
U.S. District Judge